tioner *pro se*. *Malcolm B. Seawell*, Attorney General of North Carolina, *T. W. Bruton* and *Ralph Moody*, Assistant Attorneys General, for respondent.

No. 4, Misc. NOTO *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the appellate docket. *John J. Abt* for petitioner. *Solicitor General Rankin* for the United States.

No. 67. UNITED STATES ET AL. *v.* FUNCTIONAL MUSIC, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Ernest L. Folk III, John L. Fitzgerald* and *Max D. Paglin* for petitioners. *Paul A. Porter* and *George Bunn* for respondent.

No. 77. CALDER *v.* HAMMOND, ADMINISTRATOR. Supreme Court of Utah. Certiorari denied. Petitioner *pro se*.

No. 79. KAMMERER ET AL. *v.* JAMISON, ADMINISTRATOR. C. A. 3d Cir. Certiorari denied. *Charles E. Pledger, Jr., Justin L. Edgerton* and *Randolph C. Richardson* for petitioners.